UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ERIC W. UHLS, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CAUSE NO. 3:10-CV-335 WL |
| | ) |
| SUPERINTENDENT, | ) |
| | ) |
|     Respondent. | ) |

## OPINION AND ORDER

This matter is before the court on the habeas corpus petition filed by Eric w. Uhls, a *pro se* prisoner. It is now **ORDERED** that the respondent enter an appearance in this case on or before March 10, 2011; that the respondent show cause on or before April 21, 2011 why this court should not assume jurisdiction over this case and grant the requested relief; and that the respondent submit the full and complete administrative record.

SO ORDERED.

ENTERED: February 17, 2011

                                                       s/William C. Lee
                                                       William C. Lee, Judge
                                                       United States District Court